AMERICAN MERCURY INSURANCE COMPANY, A CORPORA-
TION, PLAINTIFF-RESPONDENT, v. CHARLOTTE R.
BIFULCO, GENERAL ADMINISTRATRIX, ETC., AND
SANTA LA BRUZZO, ADMINISTRATRIX, ETC., DEFEND-
ANTS-APPELLANTS.

Argued November 19 and 20, 1962—Decided December 3, 1962.

*Mr. Alex Eber* argued the cause for the appellants (*Messrs.
Eber & Eber,* attorneys).

*Mr. Daniel G. Kasen* argued the cause for the respondent
(*Messrs. Kasen, Schnitzer & Kasen,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the opinion of Judge Kilkenny in the Appellate
Division.

*For affirmance*—Chief Justice WEINTRAUB, and Justices
FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—6.

*For reversal*—None.